1  LYNN HUBBARD III, SBN 69773
   LAW OFFICES OF LYNN HUBBARD
2  12 Williamsburg Lane
   Chico, CA 95926
3  Telephone:  (530) 895-3252
   Facsimile:  (530) 894-8244
4  Email:  USDCEast@HubsLaw.com

5  Attorney for Plaintiff

6  JESSE M. SULLIVAN, SBN 225932
   HAIGHT BROWN & BONESTEEL LLP
7  Three Embarcadero Center, Suite 200
   San Francisco, California 94111
8  Telephone:  415.546.7500
   Facsimile:  415.546.7505
9
10 Attorneys for Defendant BIG LOTS STORES, INC.

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BRENDA PICKERN, | Case No.  2:13-cv-01494-WBS-DAD |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL and [Proposed] ORDER THEREON** |
| vs. | |
| BIG LOTS STORES, INC., et al., | |
| Defendants. | |
| _____/ | |

TO THE COURT AND TO ALL PARTIES:

    Plaintiff, Brenda Pickern, and defendant, Big Lots Stores, Inc., stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: April 9, 2014          LAW OFFICES OF LYNN HUBBARD

                                      /s/   Lynn Hubbard
                                    Lynn Hubbard III
                                    Attorney for Plaintiff Brenda Pickern

Dated: April 9, 2014          HAIGHT BROWN & BONESTEEL LLP

                                      /s/   Jesse M. Sullivan
                                    Jesse M. Sullivan
                                    Attorney for Defendant Big Lots Stores, Inc.

## **ORDER**

    IT IS HEREBY ORDERED that, pursuant to the foregoing stipulation, the complaint of plaintiff, USDC Case No. 2:13-cv-01494-WBS-DAD, is dismissed with prejudice in its entirety.

Dated:  April 10, 2014

                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE